

FILED
CLERK, U.S. DISTRICT COURT

MAR − 3 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  23-MJ-1001-2 |
|---|---|
| Plaintiff, | ORDER OF DETENTION |
| v. | |
| ION CEBOTAREON, | |
| Defendant. | |

I.

On March 3, 2023, Defendant, assisted by a Romanian language interpreter, made his initial appearance on the criminal complaint filed in this matter.   Michael Crain, a member of the Indigent Defense Panel, was appointed to represent Defendant.  Defendant submitted on the recommendation of detention in the report prepared by Pretrial Services.

☐     On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒     On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also

1    considered all the evidence adduced at the hearing, the arguments of counsel, and

2    the report and recommendation of the U.S. Pretrial Services Agency.

3                                     IV.

4    The Court bases its conclusions on the following:

5    As to risk of non-appearance:

6        ☒      No legal status in the United States – Defendant reportedly

7                entered the United States by boat from Barbados.

8        ☒      Foreign Ties - Family ties to Moldova including wife and four

9                children

10       ☒      No ties to the Central District of California; no stable residence

11       ☒      Lack of bail resources

12       ☒      Unverified background information

13

14

15   As to danger to the community:

16       ☒      Defendant poses an economic danger given allegations in the

17   criminal complaint which include possession of cloned Electronic Benefit

18   Transfer (debit) cards which had been used to check the balance of funds in

19   the accounts of individual victims which containing funds deposited from

20   the Cal Fresh and CalWORKS programs.

21       ☒      Unverified background information

22

23                                    V.

24       IT IS THEREFORE ORDERED that the defendant be detained until trial.

25   The defendant will be committed to the custody of the Attorney General for

26   confinement in a corrections facility separate, to the extent practicable, from

27   persons awaiting or serving sentences or being held in custody pending appeal.

28   The defendant will be afforded reasonable opportunity for private consultation

2

1   with counsel.   On order of a Court of the United States or on request of any

2   attorney for the Government, the person in charge of the corrections facility in

3   which defendant is confined will deliver the defendant to a United States Marshal

4   for the purpose of an appearance in connection with a court proceeding.

5   [18 U.S.C. § 3142(i)]

6

7   Dated: March 3, 2023

8   _____/s/_____
    ALKA SAGAR
9   UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3